UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 28  P 3: 40

DENISE FERNANDES
Plaintiff,

Civil Action No.

v.

**CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
G&K SERVICES**

G&K SERVICES
Defendant.

05  10389  MEL

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant G&K Services, Inc.[1] hereby states that G&K Services, Inc. has no corporate parent

and that T. Rowe Price Associates, Inc. owns 10% or more of G&K Services, Inc. stock.

Respectfully submitted,

G&K SERVICES,

By its attorneys

Laurence J. Donoghue (BBO No. 130140)
ldonoghue@morganbrown.com
Leah M. Moore (BBO No. 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Date: February 28, 2005

---

[1] Plaintiff has incorrectly named G&K Services, Inc. as G&K Services.

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, David R. Ardito, Bates Building, Suite 215A, 7 North Main Street, Attleboro, MA 02703, by first-class mail this ___ day of February 2005.

_____
Leah M. Moore

2