**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DENISE FERNANDES<br>　　　　Plaintiff,<br><br>v.<br><br>G&K SERVICES<br>　　　　Defendant. | CIVIL ACTION NO. 05 -10389 MEL |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendant G&K Services, Inc.[1] ("G&K") hereby moves this Court to dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

As grounds for its motion, and as more fully set forth in its memorandum submitted herewith, Defendant states that Plaintiff, Denise Fernandes ("Fernandes" or "Plaintiff"), a former employee of G&K, claims that she has been discriminated against and constructively discharged as a result of her gender. Plaintiff asserts violations of M.G.L. c. 151B and argues that she is entitled to damages and other relief for Defendant's sexual harassment and constructive discharge.

Defendant denies Plaintiff's claims in their entirety and states that Defendant's Motion to Dismiss must be granted as Plaintiff's Complaint fails to state a claim for which relief can be granted because her allegations of discrimination are time barred and she has failed to exhaust her administrative remedies.

---

[1] Plaintiff incorrectly refers to G&K Services, Inc. as G&K Services.

Respectfully submitted,

G&K SERVICES, INC.

By its attorneys


Date:  March 7, 2005
 _s/ Leah M. Moore_____
Laurence J. Donoghue (BBO No. 130140)
ldonoghue@morganbrown.com
Leah M. Moore (BBO No. 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
(617) 523-6666


**RULE 7.1 CERTIFICATION**

     I hereby certify that I attempted, in good faith, to resolve this matter with counsel by placing a telephone call to counsel for Plaintiff on March 2, 2005, prior to filing the instant motion, but never received a return telephone call.

                             _s/ Leah M. Moore_____
                             Leah M. Moore


**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, David R. Ardito, Bates Building, Suite 215A, 7 North Main Street, Attleboro, MA 02703, by first-class mail this 7th day of March 2005.

                             _s/ Leah M. Moore_____
                             Leah M. Moore