UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE FERNANDES,<br>Plaintiff, | )<br>)<br>) |
| V | )    Civil Action No: 05-10389-MEL<br>) |
| G & K SERVICES,<br>Defendant. | )<br>)<br>) |

FILED
CLERKS OFFICE

2005 MAR 21 P 2: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Now comes the Plaintiff, Denise Fernandes, by and through her attorney, who hereby submits her Motion in Opposition to Defendant's Motion to Dismiss in the above-entitled matter.

Date: 3/14/05

Respectfully submitted,
**Denise Fernandes,**
By and through her attorney,

*/s/ David Ardito*

David R. Ardito, Esq.
Bates Building, Suite 215A
7 North Main Street
Attleboro, MA 02703
1-508-431-2222
BBO# 630025

### Certificate of Service

I, David R. Ardito, hereby certify that I have served a copy of the within Motion upon counsel for the Defendant by mailing first-class, postage pre-paid on this ____ day of March 2005 to Laurence J. Donoghue of Morgan Brown & Joy, LLP at 200 State Street, Boston, MA 02109.

*/s/ David Ardito*