# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DENISE FERNANDES
       Plaintiff,

**v.**

G&K SERVICES
       Defendant.

CIVIL ACTION NO. 05-10389 MEL

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 7.1B(3), COMES Defendant G&K Services, Inc.[1] ("G&K") hereby seeks leave to file a reply memorandum in support of its Motion to Dismiss Plaintiff's Complaint. As grounds for this motion, Defendant states that Plaintiff's opposition memorandum contains arguments and incorporates an exhibit not addressed in Defendant's original motion. Accordingly, Defendant seeks leave to reply to these arguments.

---

[1] Plaintiff incorrectly refers to G&K Services, Inc. as G&K Services.

                                              Respectfully submitted,

                                              G&K SERVICES, INC.

                                              By its attorneys

Date:  March 23, 2005                   _s/ Leah M. Moore_____
                                              Laurence J. Donoghue (BBO No. 130140)
                                              ldonoghue@morganbrown.com
                                              Leah M. Moore (BBO No. 658217)
                                              lmoore@morganbrown.com
                                              MORGAN, BROWN & JOY, LLP
                                              200 State Street
                                              Boston, Massachusetts  02109
                                              (617) 523-6666

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

     I hereby certify that I attempted to confer with counsel for Plaintiff, David R. Ardito on March 22, 2005 and March 23, 2005 regarding the filing of this motion in compliance with Local Rule 7.1 of the Federal Rules of Civil Procedure.

                                              _s/ Leah M. Moore_____
                                              Leah M. Moore

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, David R. Ardito, Bates Building, Suite 215A, 7 North Main Street, Attleboro, MA 02703, by first-class mail this 23rd day of March 2005.

                                              _s/ Leah M. Moore_____
                                              Leah M. Moore