UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE FERNANDES<br>         Plaintiff,<br><br>**v.**<br><br>G&K SERVICES<br>         Defendant. | CIVIL ACTION NO. 05-10389 MEL |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COMES Defendant G&K Services, Inc.[1] ("G&K") hereby replies to Plaintiff Denise Fernandes's ("Plaintiff") Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

In her Complaint, Plaintiff asserts violations of M.G.L. c. 151B only and argues that she is entitled to damages and other relief for G&K's alleged sexual harassment and constructive discharge. In support of her Opposition to the instant motion, Plaintiff states that she filed a Charge of Discrimination with the Massachusetts Commission Against Discrimination ("MCAD") alleging sexual harassment on December 10, 2001.

The last discriminatory act alleged took place in October 2001. The Massachusetts state statute barring employment discrimination requires a complaining party to file suit within three years of the last act of discrimination. *See* M.G.L. ch. 151 B§ 9. As such, Plaintiff's deadline for

---

[1] Plaintiff incorrectly refers to G&K Services, Inc. as G&K Services.

filing a G.L. c. 151 B claim against G&K for the alleged sexual harassment and hostile work environment she experienced was October 2004.

Because Plaintiff did not file her Complaint until January 25, 2005, her claim is untimely and fails as a matter of law. *See id.*; *Campbell v. BankBoston*, 206 F.Supp.2d 70, 80 (D. Mass. 2002) (Lasker). Accordingly, Plaintiff's Complaint must be dismissed in its entirety for failure to state a claim upon which relief can be granted since the claims Plaintiff's alleges are time barred.

WHEREFORE, for the foregoing reasons, G&K respectfully request that this Court grant Defendant's Motion to Dismiss Plaintiff's Complaint in its entirety.

Respectfully submitted,

G&K SERVICES, INC.

By its attorneys,

Date: March 23, 2005

_s/ Leah M. Moore_____
Laurence J. Donoghue (BBO No. 130140)
ldonoghue@morganbrown.com
Leah M. Moore (BBO No. 658217)
lmoore@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, David R. Ardito, Bates Building, Suite 215A, 7 North Main Street, Attleboro, MA 02703, by first-class mail this 23rd day of March 2005.

_s/ Leah M. Moore_____
Leah M. Moore