**E N D O R S E M E N T**

DENISE FERNANDES v. G&K SERVICES
05-CV-10389-MEL

LASKER, D.J.

      Denise Fernandes ("Fernandes") sues her former employer, G&K Services ("G&K"), alleging sexual harassment in violation of M.G.L. c. 151B.  G&K moves to dismiss the Complaint in its entirety for failure to state a claim upon which relief can be granted.  For the reasons outlined below, G&K's motion to dismiss is GRANTED.

      Fernandes alleges in her Complaint that the sexual harassment ended with her constructive discharge from G&K in October 2001.  The Massachusetts statute barring employment discrimination requires a complaining party to file suit within three (3) years of the last alleged act of discrimination.  <u>See</u> M.G.L. c. 151B § 9.  As such, Fernandes' deadline to file a claim against G&K for sexual harassment was October 2004.  However, Fernandes did not initiate this action until January 25, 2005.  Accordingly, Fernandes' claim is untimely and therefore fails as a matter of law.  <u>See Campbell v. BankBoston</u>, 206 F.Supp.2d 70, 80 (D. Mass. 2002).

      Fernandes argues that the "Dismissal and Notification of Rights" (the "Notice") that she received from the Equal Employment Opportunity Commission ("EEOC") on October 31, 2004 stated: "Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this Notice, or your right to sue based on this charge will be lost."  (Pl.'s Opp. to Def.'s Mtn. to Dismiss, Ex. 3 (emphasis in original)).  Fernandes therefore contends that she had until January 29, 2005 to file her claim, and that her complaint was timely filed on January 25, 2005.

      This argument fails because the 90 day deadline contained in the Notice clearly refers only to claims brought under Title VII, the Americans with Disabilities Act, and/or the Age Discrimination Employment Act.  <u>See Id.</u> (emphasis in original).  Moreover, the Notice explicitly states that:

> You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this Notice, or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state

1

   claim may be different.)

<u>Id.</u> (emphasis in original).  Fernandes' Complaint asserts only a violation of M.G.L. c. 151B, and makes no claim for a violation of Title VII.  The 90 day deadline contained in the Notice cannot save the M.G.L. c. 151B claim from the three year statute of limitations.

  While it may be regrettable when procedural requirements prevent a potentially meritorious suit from moving forward, the Court has no discretion with regard to Fernandes' failure to file suit within the three year statute of limitations proscribed by M.G.L. c. 151B.

  Accordingly, G&K's motion to dismiss the Complaint is GRANTED.

  It is so ordered.


Dated: June 8, 2005
   Boston, Massachusetts  <u>/s/ Morris E. Lasker</u>
                U.S.D.J.